26

# PROPOSED ORDER

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| Ivan R. FREITES C<br>Guillermo ZARRAGA<br>Eladio MATA<br>Gustavo RODRIGUEZ<br>Jose VILLASANA<br>Juan MARTINEZ<br>Carlos MARQUEZ<br>Jesus CARRILLO<br>Miguel E. OTERO<br>Jorge Alejandro RODRIGUEZ<br>**Plaintiffs,** | v. | Mr. Orlando VIERA-BLANCO<br>Mr. Gustavo E. LAINETTE<br>Mr. Jose V. CARRASQUERO<br>John Doe 1 (@douglasarrecho) ;<br>John Doe 2 (@lucioquincioc);<br>John Doe 3 (@turgelles);<br>John Doe 4 (Leaker)<br>John Doe 5 (@zuricht94)<br>John Doe 6 (@bea_libertad);<br>John Doe 7 (@canadiensedeVzl);<br>**Defendants,** |
|---|---|---|

**Case No.: [Insert Case Number]**

**[PROPOSED] ORDER ON PLAINTIFFS' COMPLAINT AND PRAYER FOR RELIEF**

This matter is before the Court on Plaintiffs' **Complaint for Violation of Privacy, Violation of Communications Decency Act (CDA), Conspiracy to Violate Civil Rights, Defamation of Character**, and other violations of **Federal and State Laws**. Having considered Plaintiffs' **Complaint** and the record in this case, the Court enters the following Order:

IT IS ORDERED that:

1. **Defendants and their affiliates, successors, transferees, assignees, officers, directors, partners, agents, employees, and any other persons acting on their behalf or in concert with them are permanently enjoined** from continuing, maintaining, or renewing any defamatory publications or communications concerning Plaintiffs.

2. **Defendants must immediately remove and retract all defamatory statements and posts** published via social media platforms, websites, or other media outlets under their control. The removal shall include any content related to Plaintiffs disseminated under aliases or through affiliated entities, including but not limited to the social media accounts of Ven America (Venezolanos y Americanos, Inc.) and Resistencia Venezolana Corp.

3. Defendants are **prohibited from disclosing or further disseminating any confidential or sealed information** regarding Plaintiffs that was revealed in violation of court orders, including but not limited to their identities, migration status, and other private details.

## II. PRESERVATION OF PLAINTIFFS' CONFIDENTIALITY

IT IS FURTHER ORDERED that:

1. Plaintiffs' **sealed identities and other confidential information shall remain protected**, and Defendants are prohibited from any further disclosure without explicit court authorization. Violation of this order will result in contempt of court and additional penalties.

## III. DAMAGES AWARDED TO PLAINTIFFS

IT IS ORDERED that:

1. **Compensatory Damages**:

    - Defendants shall pay compensatory damages to Plaintiffs in an amount to be determined at trial, including but not limited to:
        - Recovery for **emotional distress** and **mental suffering**, including past and future pain and suffering caused by Defendants' conduct.
        - Recovery for **reputational harm** caused by the defamatory statements, including personal and professional damage.
        - Recovery for **lost wages** and **future lost earning capacity** resulting from the defamatory actions.

- Recovery for **past and future medical expenses**, including costs related to psychological treatment and therapy arising from the emotional and psychological harm caused by Defendants' actions.
- Costs incurred for **security measures** taken in response to threats related to Defendants' disclosures.
- Recovery for **pecuniary losses** related to the harm to Plaintiffs' business interests, professional endeavors, and advocacy work.

2. **Punitive Damages**:

- Defendants shall pay **punitive damages** in an amount sufficient to punish them for their **willful, malicious, and reckless conduct** in defaming Plaintiffs, violating their privacy, and subjecting them to threats and harm. Punitive damages will be determined based on the facts of the case, in accordance with applicable Florida and federal laws.

3. **Statutory Damages**:

- Plaintiffs are awarded statutory damages under the following statutes:
  - **Treble damages** under the **Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. §§ 1961-1968**, for Defendants' pattern of racketeering activity, including fraud and obstruction of justice.
  - Damages under **42 U.S.C. § 1985** for Defendants' conspiracy to violate Plaintiffs' civil rights.

- Damages under the **Communications Decency Act (CDA), 47 U.S.C. § 230**, for the use of social media platforms to disseminate defamatory statements.
- Damages for violation of the **Federal Wire Fraud Statute (18 U.S.C. § 1343)** for Defendants' use of electronic means to defraud and harm Plaintiffs.

4. **Attorneys' Fees and Costs**:

- Defendants shall reimburse Plaintiffs for their **reasonable attorneys' fees**, court costs, and other litigation expenses incurred in pursuing this action, as allowed under RICO and applicable state and federal laws.

5. **Pre-Judgment and Post-Judgment Interest**:

- Plaintiffs are entitled to recover **pre-judgment and post-judgment interest** at the statutory rate on all damages awarded, from the time the damage occurred until the full payment is made.

## IV. ADDITIONAL RELIEF

IT IS FURTHER ORDERED that:

1. **Defendants shall issue a public retraction** of all defamatory statements made against Plaintiffs.

2. The Court shall retain jurisdiction to enforce this Order, including any further injunctive or remedial action that may be necessary to ensure compliance with the terms of this judgment.

## V. JURY TRIAL DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs have demanded a **jury trial**. The Court hereby grants this request, and a jury trial will be scheduled to determine the full amount of compensatory and punitive damages to be awarded to Plaintiffs.

---

**IT IS SO ORDERED.**

Dated: _____

**United States District Court Judge**

Southern District of Florida