## UNITED STATES DISTRICT COURT
### for the Southern District of Florida

| | | |
|---|---|---|
| Ivan R. FREITES C | | Mr. Orlando VIERA-BLANCO |
| Guillermo ZARRAGA | | Mr. Gustavo E. LAINETTE |
| Eladio MATA | | Mr. Jose V. CARRASQUERO |
| Gustavo RODRIGUEZ | | John Doe 1 (@douglasarrecho) ; |
| Jose VILLASANA | | John Doe 2 (@lucioquincioc); |
| Juan MARTINEZ | v. | John Doe 3 (@turgelles); |
| Carlos MARQUEZ | | John Doe 4 (Leaker) |
| Jesus CARRILLO | | John Doe 5 (@zuricht94) |
| Miguel E. OTERO | | John Doe 6 (@bea_libertad); |
| Jorge Alejandro RODRIGUEZ | | John Doe 7 (@canadiensedeVzl); |
| Plaintiffs, | | Defendants, |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**To:**
- **Orlando Viera-Blanco**
  5223 NW 94th Doral Pl.
  Doral, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

**Plaintiff(s):**
Ivan R. FREITES
℅ Villasana
4370 NW 107 Ave

Apt 102
Doral 33178

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

**Signature of Clerk or Deputy Clerk:** _____

_____

**PROOF OF SERVICE** (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l)).

This summons for (name of individual and title, if any) was received by me on (date) _____.

- I personally served the summons on the individual at (place) _____ on (date) _____; or
- I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or
- I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or
- I returned the summons unexecuted because _____; or
- Other (specify): _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____
Server's signature: _____
Printed name and title: _____
Server's address: _____

**UNITED STATES DISTRICT COURT**
**for the Southern District of Florida**

| | | |
|---|---|---|
| Ivan R. FREITES C | | Mr. Orlando VIERA-BLANCO |
| Guillermo ZARRAGA | | Mr. Gustavo E. LAINETTE |
| Eladio MATA | | Mr. Jose V. CARRASQUERO |
| Gustavo RODRIGUEZ | | John Doe 1 (@douglasarrecho) ; |
| Jose VILLASANA | | John Doe 2 (@lucioquincioc); |
| Juan MARTINEZ | v. | John Doe 3 (@turgelles); |
| Carlos MARQUEZ | | John Doe 4 (Leaker) |
| Jesus CARRILLO | | John Doe 5 (@zuricht94) |
| Miguel E. OTERO | | John Doe 6 (@bea_libertad); |
| Jorge Alejandro RODRIGUEZ | | John Doe 7 (@canadiensedeVzl); |
| Plaintiffs, | | Defendants, |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**To:**
- **Gustavo E. Lainette**
  1550 NE 168th St Apt 208
  North Miami Beach, FL 33162

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

**Plaintiff(s):**
Ivan R. FREITES
℅  Villasana
4370 NW 107 Ave

Apt 102
Doral 33178

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

**Signature of Clerk or Deputy Clerk:** _____

_____

**PROOF OF SERVICE** (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l)).

This summons for (name of individual and title, if any) was received by me on (date) _____.

- I personally served the summons on the individual at (place) _____ on (date) _____; or
- I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or
- I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or
- I returned the summons unexecuted because _____; or
- Other (specify): _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____
Server's signature: _____
Printed name and title: _____
Server's address: _____

**UNITED STATES DISTRICT COURT**
**for the Southern District of Florida**

| | | |
|---|---|---|
| Ivan R. FREITES C<br>Guillermo ZARRAGA<br>Eladio MATA<br>Gustavo RODRIGUEZ<br>Jose VILLASANA<br>Juan MARTINEZ<br>Carlos MARQUEZ<br>Jesus CARRILLO<br>Miguel E. OTERO<br>Jorge Alejandro RODRIGUEZ<br><div align="right">Plaintiffs,</div> | v. | Mr. Orlando VIERA-BLANCO<br>Mr. Gustavo E. LAINETTE<br>Mr. Jose V. CARRASQUERO<br>John Doe 1 (@douglasarrecho) ;<br>John Doe 2 (@lucioquincioc);<br>John Doe 3 (@turgelles);<br>John Doe 4 (Leaker)<br>John Doe 5 (@zuricht94)<br>John Doe 6 (@bea_libertad);<br>John Doe 7 (@canadiensedeVzl);<br><div align="right">Defendants,</div> |

Civil Action No.

# SUMMONS IN A CIVIL ACTION

To:
- **Jose V. Carrasquero**
  3800 Hillcrest Dr Apt 902
  Hollywood, FL 33021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

**Plaintiff(s):**
Ivan R. FREITES
℅ Villasana
4370 NW 107 Ave

Apt 102
Doral 33178

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

**Signature of Clerk or Deputy Clerk:** _____

_____

**PROOF OF SERVICE** (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I)).

This summons for (name of individual and title, if any) was received by me on (date) _____.

-    I personally served the summons on the individual at (place) _____ on (date) _____; or
-    I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or
-    I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or
-    I returned the summons unexecuted because _____; or
-    Other (specify): _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____
Server's signature: _____
Printed name and title: _____
Server's address: _____

**UNITED STATES DISTRICT COURT**
**for the Southern District of Florida**

| | | |
|---|---|---|
| Ivan R. FREITES C | | Mr. Orlando VIERA-BLANCO |
| Guillermo ZARRAGA | | Mr. Gustavo E. LAINETTE |
| Eladio MATA | | Mr. Jose V. CARRASQUERO |
| Gustavo RODRIGUEZ | | John Doe 1 (@douglasarrecho) ; |
| Jose VILLASANA | | John Doe 2 (@lucioquincioc); |
| Juan MARTINEZ | v. | John Doe 3 (@turgelles); |
| Carlos MARQUEZ | | John Doe 4 (Leaker) |
| Jesus CARRILLO | | John Doe 5 (@zuricht94) |
| Miguel E. OTERO | | John Doe 6 (@bea_libertad); |
| Jorge Alejandro RODRIGUEZ | | John Doe 7 (@canadiensedeVzl); |
| Plaintiffs, | | Defendants, |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**To:**
- **Jose V. Carrasquero**
  3800 Hillcrest Dr Apt 902
  Hollywood, FL 33021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

**Plaintiff(s):**
Ivan R. FREITES
℅ Villasana
4370 NW 107 Ave



Apt 102
Doral 33178

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

**Signature of Clerk or Deputy Clerk:** _____

_____

**PROOF OF SERVICE** (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l)).

This summons for (name of individual and title, if any) was received by me on (date) _____.

-   I personally served the summons on the individual at (place) _____ on (date) _____; or
-   I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or
-   I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or
-   I returned the summons unexecuted because _____; or
-   Other (specify): _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature: _____

Printed name and title: _____

Server's address: _____

**UNITED STATES DISTRICT COURT**
**for the Southern District of Florida**

| | | |
|---|---|---|
| Ivan R. FREITES C | | Mr. Orlando VIERA-BLANCO |
| Guillermo ZARRAGA | | Mr. Gustavo E. LAINETTE |
| Eladio MATA | | Mr. Jose V. CARRASQUERO |
| Gustavo RODRIGUEZ | | John Doe 1 (@douglasarrecho) ; |
| Jose VILLASANA | | John Doe 2 (@lucioquincioc); |
| Juan MARTINEZ | v. | John Doe 3 (@turgelles); |
| Carlos MARQUEZ | | John Doe 4 (Leaker) |
| Jesus CARRILLO | | John Doe 5 (@zuricht94) |
| Miguel E. OTERO | | John Doe 6 (@bea_libertad); |
| Jorge Alejandro RODRIGUEZ | | John Doe 7 (@canadiensedeVzl); |
| Plaintiffs, | | Defendants, |

Civil Action No.

# SUMMONS IN A CIVIL ACTION

**To:**
- **Gustavo E. Lainette**
  1550 NE 168th St Apt 208
  North Miami Beach, FL 33162

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

**Plaintiff(s):**
Ivan R. FREITES
℅ Villasana
4370 NW 107 Ave

Apt 102
Doral 33178

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

**Signature of Clerk or Deputy Clerk:** _____

_____

**PROOF OF SERVICE** (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l)).

This summons for (name of individual and title, if any) was received by me on (date) _____.

- I personally served the summons on the individual at (place) _____ on (date) _____; or
- I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or
- I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or
- I returned the summons unexecuted because _____; or
- Other (specify): _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____
Server's signature: _____
Printed name and title: _____
Server's address: _____

**UNITED STATES DISTRICT COURT**
**for the Southern District of Florida**

| | | |
|---|---|---|
| Ivan R. FREITES C | | Mr. Orlando VIERA-BLANCO |
| Guillermo ZARRAGA | | Mr. Gustavo E. LAINETTE |
| Eladio MATA | | Mr. Jose V. CARRASQUERO |
| Gustavo RODRIGUEZ | | John Doe 1 (@douglasarrecho) ; |
| Jose VILLASANA | | John Doe 2 (@lucioquincioc); |
| Juan MARTINEZ | v. | John Doe 3 (@turgelles); |
| Carlos MARQUEZ | | John Doe 4 (Leaker) |
| Jesus CARRILLO | | John Doe 5 (@zuricht94) |
| Miguel E. OTERO | | John Doe 6 (@bea_libertad); |
| Jorge Alejandro RODRIGUEZ | | John Doe 7 (@canadiensedeVzl); |
| Plaintiffs, | | Defendants, |

Civil Action No.

# SUMMONS IN A CIVIL ACTION

**To:**

- **Orlando Viera-Blanco**
  5223 NW 94th Doral Pl.
  Doral, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

**Plaintiff(s):**
Ivan R. FREITES
℅ Villasana
4370 NW 107 Ave

Apt 102
Doral 33178

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

**Signature of Clerk or Deputy Clerk:** _____

_____

**PROOF OF SERVICE** (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l)).

This summons for (name of individual and title, if any) was received by me on (date) _____.

- I personally served the summons on the individual at (place) _____ on (date) _____; or
- I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or
- I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or
- I returned the summons unexecuted because _____; or
- Other (specify): _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____
Server's signature: _____
Printed name and title: _____
Server's address: _____