

FILED BY _____ D.C.
DEC 27 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# In the United States District Court for the Southern District of Florida

| | | |
|---|---|---|
| Ivan R. FREITES C<br>Guillermo ZARRAGA<br>Eladio MATA<br>Gustavo RODRIGUEZ<br>Jose VILLASANA<br>Juan MARTINEZ<br>Carlos MARQUEZ<br>Angel MORENO<br>Jesus CARRILLO<br>Miguel E. OTERO<br>Jorge Alejandro RODRIGUEZ<br><br>**Plaintiffs,** | v. | • Mr. Orlando VIERA-BLANCO<br>• Mr. Gustavo E. LAINETTE<br>• Mr. Jose V. CARRASQUERO<br>• Mr. Alexis ORTIZ a.k.a @douglasarrecho ;<br>• Mr. Federico MEDINA RAVEL a.k.a. @lucioquincioc;<br>• Mr. Thaelman URGELLES a.k.a. @turgelles;<br>• CENTER FOR LIBERAL DEMOCRACY DEVELOPMENT, INC.<br>• Resistencia Venezolana Corp.<br><br>**Defendants,**<br><br>Case No.:<br>24-24176-CIV-ALTONAGA/Reid |

**Honorable Cecilia M. Altonaga**

Chief United States District Judge

Southern District of Florida

1

## AFFIDAVIT OF GUSTAVO RODRIGUEZ UNDER PENALTY OF PERJURY

I, GUSTAVO RODRIGUEZ, pursuant to 28 U.S.C. § 1746, declare and affirm under penalty of perjury as follows:

### 1. Personal Signature Verification

- I personally signed each and every document filed in this case under my name, ensuring adherence to the requirements of Federal Rule of Civil Procedure 11(a).

### 2. Prior Filings Review and Ratification

- I have carefully reviewed all filings in this case that bear my name.
- I fully adopt and ratify the contents of these filings, affirming their accuracy and authenticity.

### 3. Signature Style and Discrepancies

- My signature has been consistent across all filings and does not vary in appearance.

### 4. Specific Filing Events

- I have been actively involved in the preparation and filing of all documents submitted under my name, as reflected in the Court's docket.

### 5. Residency and Filing Constraints

- I am a resident of the State of Florida, United States.
- The address provided to the Court is my current and accurate address for all purposes related to these proceedings.

### 6. Commitment to Rule 11(a) Compliance

- I fully understand my obligation under Federal Rule of Civil Procedure 11(a) to personally sign all documents submitted to the Court.
- Moving forward, I am committed to ensuring that every filing under my name is personally signed and compliant with all procedural requirements.

### 7. Prayer for Mercy and Proposed Solutions

I respectfully appeal to this Honorable Court for leniency and understanding, given the challenges faced by myself and my co-Plaintiffs. As pro se litigants, we operate under extraordinary circumstances, including political persecution that transcends national boundaries and creates logistical, financial, and safety challenges.

We deeply regret any procedural missteps, particularly with respect to Rule 11(a), and pledge to ensure full compliance moving forward. To address these challenges, we propose several practical solutions, including:

1. Utilizing remote online notarization for future filings under Florida law remote online notarization (RON) per Florida Statutes Chapter 117.231.;

2. Appointing a lead Plaintiff to oversee and certify filings on behalf of all Plaintiffs; or

3. Allowing electronically authenticated signatures from each Plaintiff.

These measures, if granted, will enable us to comply with the procedural requirements while addressing the unique difficulties of our situation. We sincerely hope the Court will allow us to continue pursuing this case with these or similar accommodations to ensure compliance.

I certify under penalty of perjury that the statements in this affidavit are true and correct to the best of my knowledge and belief.

**Executed on this [date] day of [month], 2024, at [city, state/country].**

[Signature of Gustavo Rodriguez]

GUSTAVO RODRIGUEZ

**Notarization (if required):**

Subscribed and sworn to before me this 26 [day] day of December [month], 2024, in [City, State, Country]. Coral Gables, Florida

_Martha Ospina_
Notary Public Signature

(Notary Stamp/Seal)

**MARTHA OSPINA**
Notary Public - State of Florida
Commission # HH 193389
My Comm. Expires Nov 1, 2025
Bonded through National Notary Assn.

5

PRESS FIRMLY TO SEAL

FSC MIX FSC® C116818

33128 $32.00

S2324H504813-23

RDC 07

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 880 167 239 US

USMS INS...

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )

GUSTAVO RODRIGUEZ
5050 NW 114 Ct.
DORAL FL. 33178

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

CLERK OF THE COURT
CASE 24-24176-CIV-ALTONAGA
WILKIE D. FERGUSON, JR US COURTHOUSE
400 NORTH MIAMI AVENUE ROOM 8N09
MIAMI FL.

ZIP + 4® (U.S. ADDRESSES ONLY) 33128

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 33134 | Scheduled Delivery Date (MM/DD/YY): 12/27/24 | Postage: 32.00 | |
| Date Accepted (MM/DD/YY): 12/26/24 | Scheduled Delivery Time: ☐ 6:00 PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 2:56 ☐ AM ☐ PM | | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 32.00 | |
| Weight: ☑ Flat Rate lbs. 2.3 ozs. | Acceptance Employee Initials: BS | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

PAPER POUCH how2recycle.info

UNITED STATES POSTAL SERVICE.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

